IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> v. <br><br> [1] LUIS GINÉS PÉREZ <br><br> Defendants | CRIM: NO. 98-164-01 (DRD) |

ORDER

The defendant Luis Ginés Pérez through counsel Steven Potolsky, and AUSA Edwin Vazquez, have been advising the Court of an imminent agreement disposing of the matter referred to this Court by the opinion of the First Circuit Court of Appeals. Therefore, the Court set a status conference for **April 21, 2005 at 8:45 a.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of April 2005.

S/ ***DANIEL R. DOMINGUEZ***
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE