# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE DANIEL R. DOMINGUEZ | Date: April 21, 2005 |
| COURTROOM DEPUTY: OMAR FLAQUER | Crim: 98-164 (DRD) |

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Edwin VAZQUEZ |
| v. | |
| [1] GINÉS PÉREZ, LUIS | Steve POTOLSKY |

A Status Conference is held to discuss the compliance of the mandate set forth in the opinion and order issue by the First Circuit Court of Appeals regarding the motion to suppress filed by co-defendant Gines. Parties are having good faith negotiations, and are closed to reach an agreement. Counsel for the defendant stated that the offer made by the government is reasonable, and a letter was sent to the defendant regarding the proposed agreement. The government informs that in Cr. 96-151 (CCC), this defendant was revoked and sentenced to 18 months to be served concurrently with this case. The Court advised the parties that have no jurisdiction to rule in the revocation sentence imposed in Cr. 96-151 (CCC). Therefore, fifteen (15) more days are granted to reach an agreement in this case.

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Courtroom Deputy Clerk