**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>LUIS GINES-PEREZ<br>    Defendant. | CRIMINAL NO. 98-164 (DRD) |

**UNITED STATES' EMERGENCY REQUEST FOR A RE-SENTENCING HEARING**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, (thereinafter the "United States), by its attorneys and very respectfully states and prays as follows:

The parties have reached a sentencing agreement. A copy of the agreement is hereby submitted for this Court's examination and approval. The acceptance of this agreement by the Court will terminate this case and a related appeal with no further litigation. In the event that the agreement is accepted and approved by this Court, a re-sentencing hearing should be immediately schedule so that the original judgment be modified in accordance with the terms and condition of this agreement. Defendant Gines-Perez has waived his right to be presented at the re-sentencing hearing. The hearing should be scheduled prior to October 4, 2005, since the parties have been ordered by the Court of Appeals for the First Circuit to show cause, why the pending appeal should not be terminated.

WHEREFORE, the United States very respectfully request that a re-sentencing hearing be immediately scheduled and the original judgment be modified accordingly.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of September, 2005.

H.S. GARCIA
United States Attorney

_____
s/EDWIN O. VÁZQUEZ-BERRIOS
Assistant United States Attorney
U.S.D.C. No. 201512
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
edwin.vazquez@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and is available for viewing and downloading from the Court's CM/ECF system.

                                                                      s/EDWIN O. VÁZQUEZ-BERRIOS
                                                                      Assistant United States Attorney