# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE DANIEL R. DOMINGUEZ

COURTROOM DEPUTY: Omar FLAQUER            Date: October 3, 2005

COURT REPORTER: Donna W. DRATWA           **CR NO: 98-164-01 (DRD)**

COURT INTERPRETER: Not Used

---

|  | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA- Edwin VAZQUEZ |
| v. |  |
| [1] LUIS GINÉS PÉREZ | Steve POTOLSKY |

---

The defendant is not present in court. The defendant voluntarily waived his presence at this hearing.

CASE CALLED FOR RE-SENTENCE. Sentencing agreement filed today.

**IT IS THE JUDGMENT OF THE COURT** as to counts One (1), Three (3), and Five (5).

**TERM OF IMPRISONMENT:** One hundred and thirty-two (132) months, said terms to be served concurrently with each other.

**SUPERVISED RELEASE TERM:** Five (5) years as to each of counts one (1) and three (3), and three years as to count five (5), said terms to be served concurrently with each other.(Remained as part of the original judgment)

Fine: N/A   Restitution: N/A   Special monetary assessment: $300.00 (Remained as part of the original judgment).

All terms and conditions are specified in the amended judgment form. The defendant is advised of his right to appeal, etc.

The defendant will request the dismissal of the pending appeal No. 2707.

The Court ordered that copy of the judgment shall be sent via Fed Ex to the defendant at his current detention facility.

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Courtroom Deputy Clerk
