IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

United States of America  )  Cr. no. 98-164(DRD)
Plaintiff,                )
V.                        )
Luis Gines-Perez          )
Defendant,                )

MOTION TO REQUEST THE UNSEALING OF DOCUMENTS

To the Honorable Court:

Comes Now, the defendant Luis Gines-Perez, pro-se, and respectfully prays and states the following:

1. Upon the government's informing the Court on November 2, 1998 of a potential Death Penalty eligible case based on count one of superseding indictment (see dkt. 48). The government filed various sealed documents which the defendant was not privy to. These documents have remained sealed five years after the defendants conviction and appeals.

2. The reasons which supported the sealing of these documents no longer hold any grounds. These documents can be considered public information and should be unsealed to provide access to them.

3. The defendant specifically request that all sealed documents in criminal case 98-164(DRD) be unsealed and a copy of the following motions docketed be furnished to the defendant; dkts. entry 63, 67, 79, 83, 87, 92, and 96.

Wherefore, the defendant moves this Honorable Court to grant this motion and order that all documents be unsealed and copies of the requested docketed entries be provided at the defendant's expense.

**Respectfully submitted**, in San Juan, Puerto Rico on the 7th of January, 2008.

Repectfully,

LUIS GINES-PEREZ
3108-069
FCI Beaumont Low
P.O. Box 26020
Beaumont, Tx 77720
Unit: UA-47