Luis Ginés-Perez
13108-069
FCI Beaumont Low
PO Box 26020
Beaumont, Tx 77720

BEAUMONT TX 777
08 JAN 2008 PM 2 L

To: U.S. Clerk's office
US District Court
150 Carlos Chardon Ave.
San Juan, Puerto Rico 00918